HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROBBIE SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBBIE SOTO,<br><br>Defendant. | Case No. 1:21-cr-00258-JLT-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:  October 19, 2022<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant

Federal Defender Erin Snider, counsel for Robbie Soto, that the Court may continue the status

conference currently scheduled for July 20, 2022, at 1:00 p.m. to October 19, 2022, at 1:00 p.m.

before the Honorable Sheila K. Oberto.

The parties agree and request the Court find the following:

1.     By previous order, this matter was set for a status conference on July 20, 2022.

2.     The government has produced initial discovery, consisting of 165 Bates-marked

pages, as well as body-camera footage.

3.     Defense counsel requires time to review discovery, consult with her client

regarding his options, and conduct necessary investigation.

4.     Defense counsel believes that failure to grant the above-requested continuance

1 would deny her the reasonable time necessary for effective preparation, taking into account the

2 exercise of due diligence.

3      5.    The government does not object to the requested continuance.

4      6.    Based on the above-stated findings, the ends of justice served by continuing the

5 case as requested outweigh the interest of the public and the defendant in a trial within the

6 original date prescribed by the Speedy Trial Act.

7      7.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

8 *et seq.*, within which trial must commence, the time period of July 20, 2022, to October 19, 2022,

9 inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

10     **IT IS SO STIPULATED.**

11                           Respectfully submitted,

12

13                           PHILLIP A. TALBERT
                          United States Attorney

14 Date: July 12, 2022            */s/ Antonio Pataca*

15                           ANTONIO PATACA
                          Assistant United States Attorney
                          Attorney for Plaintiff

16

17                           HEATHER E. WILLIAMS
                          Federal Defender

18

19 Date: July 12, 2022            */s/ Erin Snider*

20                           ERIN SNIDER
                          Assistant Federal Defender

21                           Attorney for Defendant
                          ROBBIE SOTO

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

<u>**O R D E R**</u>

2

      **IT IS SO ORDERED.** The status currently scheduled for July 20, 2022, at 1:00 p.m. is

3

hereby continued to October 19, 2022, at 1:00 p.m. For the purpose of computing time under the

4

Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period

5

of July 20, 2022, to October 19, 2022, inclusive, is excluded pursuant to 18 U.S.C.

6

§ 3161(h)(7)(A) and (B)(iv).

7

8

Date: 7/13/2022 _____      *Sheila K. Oberto* _____

9

Hon. Sheila K. Oberto
United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28