HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROBBIE SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBBIE SOTO,<br><br>Defendant. | Case No. 1:21-cr-00258-JLT-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:  February 1, 2023<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Robbie Soto, that the Court may continue the status conference currently scheduled for January 4, 2023, at 1:00 p.m. to February 1, 2023, at 1:00 p.m. before the Honorable Sheila K. Oberto.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on January 4, 2023.

2. The government has produced initial discovery, consisting of 165 Bates-marked pages, as well as body-camera footage.

3. The parties are in the midst of plea negotiations.

4. Defense counsel requires time to consult with her client regarding his options.

5. Defense counsel believes that failure to grant the above-requested continuance

1  would deny her the reasonable time necessary for effective preparation, taking into account the
2  exercise of due diligence.
3      6.   The government does not object to the requested continuance.
4      7.   Based on the above-stated findings, the ends of justice served by continuing the
5  case as requested outweigh the interest of the public and the defendant in a trial within the
6  original date prescribed by the Speedy Trial Act.
7      8.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
8  *et seq.*, within which trial must commence, the time period of January 4, 2023, to February 1
9  2023, inclusive, is excludable pursuant to 18 U. S. C. § 3161(h)(7)(A) and (B)(iv).
10     **IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 28, 2022         */s/ Antonio Pataca*
                                ANTONIO PATACA
                                Assistant United States Attorney
                                Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: December 28, 2022         */s/ Erin Snider*
                                ERIN SNIDER
                                Assistant Federal Defender
                                Attorney for Defendant
                                ROBBIE SOTO

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

# O R D E R

**IT IS SO ORDERED.** The status currently scheduled for January 4, 2023, at 1:00 p.m. is hereby continued to February 1, 2023, at 1:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 4, 2023, to February 1, 2023, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Date: 12/28/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge